UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE    DIVISION

Mark A Chaney
_____
*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

Volunteers In Medicine
Deleesa Meashintuby, Exec Dir
Michael Jay, MD, Medical Director
_____
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:14-cv-01463-MC
*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☐ Yes    ☒ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: Mark A Chaney
Street Address: 3998 Franklin Blvd #42
City, State & Zip Code: Eugene OR 97403
Telephone No. 503-881-7028

COMPLAINT
Revised: July 20, 2010

Page 1

| | | |
|---|---|---|
| **Defendant No. 1** | Name: | Volunteers in Medicine Clinic |
| | Street Address: | 2260 Marcola Rd |
| | City, State & Zip Code: | Springfield, OR 97477 |
| | Telephone No. | 541-685-1800 |

| | | |
|---|---|---|
| **Defendant No. 2** | Name: | DeLeesa Meashintubby Exec Direc |
| | Street Address: | 2260 Marcola Rd |
| | City, State & Zip Code: | Springfield OR 97477 |
| | Telephone No. | 541 685-1800 |

| | | |
|---|---|---|
| **Defendant No. 3** | Name: | Michael Jay MD  Med Dir |
| | Street Address: | 2260 Marcola Rd |
| | City, State & Zip Code: | Springfield OR 97477 |
| | Telephone No. | 541 685 1800 |

| | | |
|---|---|---|
| **Defendant No. 4** | Name: | Carmen E Admire |
| | Street Address: | 2260 Marcola RD |
| | City, State & Zip Code: | Springfield OR 97477 |
| | Telephone No. | |

## II. JURISDICTION

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction (*check all that apply*)

☒ Federal Question    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue? Violation of the 8th Amendment Cruel And Unusual Punishment While Acting out of there Scoop of Employment Intentional Infliction of Physical And Emotional pain

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship ___OR___

Defendant(s) state(s) of citizenship _____

### III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Failure to Monitor Prescribing Medications And Failing to Check Medication with other medication. Dr Jay And Carmen Admire Are the Main Defendent's. Delycsh Macshintoby Failed to over See her Employees & As A Volunteer I was And still Am In Health Issues related to Being overdosed And under monitoring

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Working out of the Scope of Employment —
Not passing along to Neurologist after many attempts to understand what was happening. I was so sick Head and Body at times I wanted to die. She would text me at 2 am telling me not to cry its worth it.

Dr Jay did Meer "counseling" then Dental Exams — to try to find out if we had an inappropriate relationship. I reported to fleet carmack/ Delees, Dr Jay, Dr Schure All took my Report Nothing Done

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Patient Abandonment — Missing or Altered Files — I have a set my SSI Attorney got a set And then the new one without All the Carman stuff like her Getting extra medications for her — Trazadone for her + Cialis   I Used.
Lyrica

Pharmacy Board is taking all violations to a Hearing Oct 7 2014
Medical Board closed case now (?)
letter of Concern was sent to him

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

IV.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

the Pain And Suffering is like nothing I could Describe - Alxxxx Scared for Months them Not Taking Proper Care - I Am Asking for $50,000 No Jury Also leaving Damage Amounts to the Judge

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of September, 20 14.

_____
(Signature of Plaintiff(s))

COMPLAINT
Revised: July 20, 2010

Page 5