IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MARK A. CHANEY**,

    Plaintiff,

v.

**VOLUNTEERS IN MEDICINE**, **DELEESA MEASHINTUBBY**, **MICHAEL JAY**, and **CARMEN ADMIRE**,

    Defendants.
_____

Civ. No. 6:14-cv-01463-MC

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, filed a complaint against Volunteers In Medicine, DeLeesa Meashintubby, Michael Jay, and Carmen Admire on September 12, 2014. Compl. 1–5, ECF No. 1. On September 25, 2014, this Court issued an opinion dismissing plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim. Order 1–5, ECF No. 6. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until October 27, 2014 "to file an amended complaint curing the deficiencies identified." *Id*. at 5. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 6, this action is dismissed without prejudice for failure to prosecute. Plaintiff's motion for appointment of counsel, ECF No. 3, is DENIED as moot.

IT IS SO ORDERED.

1 – OPINION AND ORDER

DATED this 3rd day of November, 2014.

_____
**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER