IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MARK A. CHANEY**,

        Plaintiff,

     v.

**VOLUNTEERS IN MEDICINE**,
**DELEESA MEASHINTUBBY**,
**MICHAEL JAY**, and **CARMEN
ADMIRE**,

        Defendants.

**Civ. No. 6:14-cv-01463-MC**

**JUDGMENT**

———————————————————

**MCSHANE, Judge**:

Plaintiff's action is dismissed without prejudice for failure to prosecute.


IT IS SO ORDERED.


DATED this 3rd day of November, 2014.


————————————————————————————
         **Michael J. McShane**
        **United States District Judge**